UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Anita M Gama,
        Debtor.

Chapter 13
Case No. 16–28752–beh

## NOTICE OF HEARING

TO:    Anita M Gama

Attorney Anton B. Nickolai
Trustee Rebecca R. Garcia
Attorney Jonathan Ficke

**PLEASE TAKE NOTICE** that a hearing on Beaumont Place, LLC's Affidavit of Default will be held on **December 20, 2016, at 10:30 AM, in the United States Courthouse, Room 149, 517 East Wisconsin Avenue, Milwaukee, WI 53202,** before United States Bankruptcy Judge Beth E. Hanan.

If sufficient grounds exist, the court may rule at the hearing.

Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the court (414–290–2650), <u>with the other interested parties on the line,</u> to reschedule this hearing to a mutually agreeable date and time.

Dated: December 15, 2016

BY THE COURT:

Beth E. Hanan
United States Bankruptcy Judge